■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. AMELIA A. ZALCMAN, Admitted on January 13, 1992, at a Term of the Appellate Division, First Department. [786 NYS2d 913]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]

(October 21, 2004)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATASHA VEERASWAMY, Appellant. [784 NYS2d 488]—

Judgment, Supreme Court, Bronx County (Peter J. Benitez, J.), rendered September 26, 2002, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing her to a term of four years, unanimously affirmed.

The court properly admitted a tape of a 911 call, made by a testifying declarant, under the excited utterance exception to the hearsay rule. The record establishes that the declarant, one of the victims of a home invasion robbery involving imminent danger to a young child, made the 911 call immediately after the crime while still under the stress and excitement resulting from the incident (*see People v Johnson*, 1 NY3d 302 [2003]; *People v Valladi*, 4 AD3d 195 [2004], *lv denied* 2 NY3d 808 [2004]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Mazzarelli, Andrias, Marlow and Catterson, JJ.